**People of the State of Illinois, Plaintiff-Appellee, v. Fred Jones, Defendant-Appellant.**

**Gen. No. 50,549. (Abstract of Decision.)**

First District, Second Division.

November 4, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.